# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SHAQUILLA L. JENKINS,

Appellant,

v.

JOEVON JOHNSON,

Appellee.

No. 2D23-370

———————————————

January 12, 2024

Appeal from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Shaquilla L. Jenkins, pro se.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.